## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Eason, Veronica E | Case Number: 08 B 18084 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/06/09 | Filed: 7/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 20, 2008

Confirmed: September 18, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,175.00 | |
| Secured: | | 200.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 897.61 |
| Trustee Fee: | | 77.39 |
| Other Funds: | | 0.00 |
| Totals: | 1,175.00 | 1,175.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,824.00 | 897.61 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Provincetown Improvement Assoc | Secured | 0.00 | 0.00 |
| 4. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | Credit Acceptance Corp | Secured | 4,966.12 | 200.00 |
| 7. | America's Servicing Co | Secured | 38,926.55 | 0.00 |
| 8. | Internal Revenue Service | Priority | 6,016.00 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 57.16 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 115.00 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 630.00 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 92.09 | 0.00 |
| 13. | Francine Randall | Unsecured | 282.60 | 0.00 |
| 14. | MCC Billing Dept | Unsecured | 75.42 | 0.00 |
| 15. | National City Bank | Unsecured | 35.10 | 0.00 |
| 16. | Brandy's Safe & Lock | Unsecured | 26.00 | 0.00 |
| 17. | Cash Mart | Unsecured | 238.57 | 0.00 |
| 18. | Peoples Energy Corp | Unsecured | 470.04 | 0.00 |
| 19. | B-Real LLC | Unsecured | 69.25 | 0.00 |
| 20. | Crescent Recovery | Unsecured | 664.53 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 107.60 | 0.00 |
| 22. | America's Financial Choice Inc | Unsecured | 38.22 | 0.00 |
| 23. | Commonwealth Edison | Unsecured | 81.20 | 0.00 |
| 24. | Midwest Suburban Publishing Inc | Unsecured | 38.91 | 0.00 |
| 25. | Harrah's | Unsecured | 100.00 | 0.00 |
| 26. | State Street Dental Specialist LTD | Unsecured | 3.96 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Eason, Veronica E

Printed: 01/06/09

Case Number:  08 B 18084
Judge:  Wedoff, Eugene R
Filed:  7/14/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Bank Of America | Unsecured | | No Claim Filed |
| 28. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 29. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | Anderson Financial Network | Unsecured | | No Claim Filed |
| 32. | 67th Street Currency Exchange | Unsecured | | No Claim Filed |
| 33. | Americash Loans | Unsecured | | No Claim Filed |
| 34. | Arm Professional Service | Unsecured | | No Claim Filed |
| 35. | Biehl & Biehl | Unsecured | | No Claim Filed |
| 36. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 37. | Alfni Credit Agency | Unsecured | | No Claim Filed |
| 38. | Citibank | Unsecured | | No Claim Filed |
| 39. | Comcast | Unsecured | | No Claim Filed |
| 40. | Allied Credit | Unsecured | | No Claim Filed |
| 41. | H&R Block | Unsecured | | No Claim Filed |
| 42. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 43. | Harris & Harris | Unsecured | | No Claim Filed |
| 44. | Illiana Financial Credit Union | Unsecured | | No Claim Filed |
| 45. | JJ Marshall & Assoc | Unsecured | | No Claim Filed |
| 46. | Illinois College of Optometry | Unsecured | | No Claim Filed |
| 47. | JJ Marshall & Assoc | Unsecured | | No Claim Filed |
| 48. | Payday Loan | Unsecured | | No Claim Filed |
| 49. | Menards | Unsecured | | No Claim Filed |
| 50. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 51. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 52. | Professional Account Management | Unsecured | | No Claim Filed |
| 53. | Safeway | Unsecured | | No Claim Filed |
| 54. | Horseshoe Casino Hammond Corp | Unsecured | | No Claim Filed |
| 55. | Sandra Stevens | Unsecured | | No Claim Filed |
| 56. | TCF Bank | Unsecured | | No Claim Filed |
| 57. | Security Check, LLC | Unsecured | | No Claim Filed |
| 58. | Uptown Cash | Unsecured | | No Claim Filed |
| 59. | US Bank | Unsecured | | No Claim Filed |
| 60. | United Compucredit Collection | Unsecured | | No Claim Filed |
| 61. | TeleCheck | Unsecured | | No Claim Filed |
| 62. | Chicago Association Of Realtors | Unsecured | | No Claim Filed |
| | | | $ 56,858.32 | $ 1,097.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 10.43 |
| 6.6% | 66.96 |
| | $ 77.39 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Eason, Veronica E

Printed: 01/06/09

Case Number:  08 B 18084

Judge:  Wedoff, Eugene R

Filed:  7/14/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

